IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| DEXON COMPUTER, INC. § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | NO. 5:22-CV-00053-RWS-CMC |
| § | |
| CISCO SYSTEMS, INC., AND CDW § | |
| CORPORATION, § | |
| § | |
| Defendants. § | |

## ORDER

The Court **ORDERS** Plaintiff to file a notice that the case is ready for a scheduling conference when all Defendants have either answered or filed a motion to transfer or dismiss. The notice must be filed within five days of the last remaining Defendant's answer or motion. The notice must include a list of any pending motions to dismiss or transfer and a list of any related cases previously filed in the Eastern District of Texas.

    **It is SO ORDERED.**

    SIGNED this 18th day of May, 2022.

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE