**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **DEXON COMPUTER, INC.** | § | |
| *Plaintiff* | § | |
| **v.** | § | **CASE NO. 5:22-CV-53-RWS-CMC** |
| | § | |
| **CISCO SYSTEMS, INC. and** | § | |
| **CDW CORPORATION** | § | **JURY TRIAL DEMANDED** |
| *Defendants* | § | |
| | § | |

**DEXON COMPUTER, INC.'S**
**NOTICE OF READINESS FOR SCHEDULING CONFERENCE**

Pursuant to the Court's Standing Order and Docket Order 6 in this case, Plaintiff Dexon Computer, Inc. hereby notifies the Court that this case is ready for scheduling conference. Defendants Cisco Systems, Inc. filed a Motion to Transfer Venue to the Northern District of California [Dkt 21], and a Motion to Dismiss under Rule 12(b)(6) [Dkt 22] on June 23, 2022. Defendant CDW Corporation will file its responsive pleading on or before July 9, 2022.

1. Defendant Cisco Systems, Inc.'s Motion to Dismiss and Motion to Transfer are currently pending before the Court.
2. There are no related cases previously filed in the Eastern District of Texas to Plaintiff's knowledge;
3. There are currently no hearings or trial dates in the related cases listed above.

Dated: June 28, 2022

Respectfully submitted,

By: */s/ David H. Reichenberg w/ permission*
*William E. Davis, III*
William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com
**The Davis Firm PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

David H. Reichenberg (*pro hac vice*)
Manatt, Phelps, & Phillips LLP
7 Times Square
New York, NY 10036
dreichenberg@manatt.com
Phone:  212-790-4626

**ATTORNEYS FOR PLAINTIFF
DEXON COMPUTER, INC.**


CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document is being filed electronically in compliance with Local Rule CV-5(a).  As such, this document is being served this June 28, 2022, on all counsel of record, each of whom is deemed to have consented to electronic service.  L.R. CV-5(a)(3)(A).

/s/ William E. Davis, III
William E. Davis, III