IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| DEXON COMPUTER, INC. § | | |
| *Plaintiff* § | | |
| v. § | CASE NO. 5:22-CV-53-RWS-JBB | |
| § | | |
| CISCO SYSTEMS, INC. and § | | |
| CDW CORPORATION § | JURY TRIAL DEMANDED | |
| *Defendants* § | | |

### ORDER GRANTING DEXON COMPUTER INC.'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO CDW CORPORATION'S MOTION TO DISMISS AND NOTICE OF JOINDER TO CISCO SYSTEMS, INC.'S MOTION TO TRANSFER VENUE

Before the Court is Plaintiff Dexon Computer, Inc.'s Unopposed Motion to Extend Time to Respond to CDW Corporation's Motion to Dismiss the Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) [Docket # 28] and Notice of Joinder to Defendant Cisco Systems, Inc.'s Motion to Transfer Venue to the Northern District of California [Docket # 27] (Docket # 29). The Court, having considered the motion and noting it is unopposed, is of the opinion the motion should be **GRANTED**.

IT IS THEREFORE ORDERED that Dexon's Motion (Docket # 29) is **GRANTED** and the deadline for Dexon to respond to each of the Motions – Docket Nos. 27 and 28 – is extended to **August 1, 2022**.

SIGNED this the 13th day of July, 2022.

_____
J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE