UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **DEXON COMPUTER, INC.** | § § | |
| v. | § § | Case No. 5:22-cv-53-RWS-JBB |
| **CISCO SYSTEMS, INC. and CDW CORPORATION** | § § § | |

### ORDER CONTINUING SCHEDULING CONFERENCE AND SETTING HEARING

The above-referenced cause of action was referred to the undersigned United States Magistrate Judge for pretrial purposes in accordance with 28 U.S.C. § 636. The Court currently has scheduled an August 25, 2022 telephone scheduling conference in the above-referenced case. The Court is of the opinion the scheduling conference should be reset as a live conference on **September 7, 2022 at 9:00 a.m.**

The Court also finds oral argument on the pending motions would be beneficial. Therefore, the Court sets the following motions to be heard at the scheduling conference:

(1) Defendant Cisco Systems, Inc.'s Motion to Transfer (Dkt. No. 21), and Defendant CDW Corporation's joinder thereto (Dkt. No. 27);

(2) Defendant Cisco Systems, Inc.'s Motion to Dismiss Under Rule 12(b)(6) (Dkt. No. 22);

(3) Defendant CDW Corporation's Motion to Dismiss the Complaint Pursuant to FED. R. CIV. P. 12(b)(6) (Dkt. No. 28); and

(4) Defendant Cisco Systems, Inc.'s Motion for a Stay of Discovery (Dkt. No. 36).

Each side is limited to two hours total for oral argument on the four motions. This includes presentation of the motions and any responses or replies thereto. Accordingly, it is

**ORDERED** that the August 25, 2022 telephone scheduling conference is hereby rescheduled for a live scheduling conference before the undersigned at **9:00 a.m.** on **September 7, 2022** at the United States District Court, 500 N. Stateline, Fourth Floor Courtroom, Texarkana Texas, at which time the above motions will also be heard.

**IT IS SO ORDERED.**

SIGNED this the 9th day of August, 2022.

_____
J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE