IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| DEXON COMPUTER, INC. § | | |
| *Plaintiff* § | | |
| v. § | CASE NO. 5:22-CV-53-RWS-JBB | |
| § | | |
| CISCO SYSTEMS, INC. and § | | |
| CDW CORPORATION § | JURY TRIAL DEMANDED | |
| *Defendants* § | | |

### ORDER DENYING MOTION FOR EXPEDITED BRIEFING REGARDING PLAINTIFF'S MOTION TO COMPEL DEFENDANT CISCO DOCUMENT PRODUCTION

Before the Court is Plaintiff Dexon Computer, Inc.'s ("Dexon") Motion for Expedited Briefing Regarding Plaintiff's Motion to Compel Cisco-Dexon Documents (Dkt No. 71). The Court, having carefully considered the motion, response, and reply, is of the opinion the motion for expedited briefing should be **DENIED**. The Court will rule on the underlying motion to compel as soon as practicable after it becomes ripe.

SIGNED this the 7th day of October, 2022.

_____
J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE