# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| DEXON COMPUTER, INC. <br>    Plaintiff, <br><br> v. <br><br><br> CISCO SYSTEMS, INC. and CDW CORPORATION, <br>    Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. 5:22-cv-00053 |

## DEFENDANT CISCO SYSTEMS, INC.'S NOTICE OF
## SERVICE OF AMENDED DISCLOSURES

Pursuant to Local Rule CV-26(c), Defendant Cisco Systems, Inc. hereby notifies the Court that on January 24, 2023, it served its second amended initial disclosures on all counsel of record by electronic mail.

Dated:  January 25, 2023                             Respectfully submitted,

/s/ *Deron R. Dacus*
Deron R. Dacus (Bar No. 00790553)
THE DACUS FIRM, PC
821 ESE Loop 323, Suite 430
Tyler, TX 75701
(903) 705-1177
ddacus@dacusfirm.com

Aaron M. Panner (*pro hac vice*)
Andrew E. Goldsmith (*pro hac vice*)
Alex A. Parkinson (*pro hac vice*)
Kylie C. Kim (*pro hac vice*)
Ryan M. Folio (*pro hac vice*)
Caroline A. Schechinger (*pro hac vice*)
D. Chanslor Gallenstein (*pro hac vice*)
KELLOGG, HANSEN, TODD,
   FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
apanner@kellogghansen.com
agoldsmith@kellogghansen.com
aparkinson@kellogghansen.com
kkim@kellogghansen.com
rfolio@kellogghansen.com
cschechinger@kellogghansen.com
cgallenstein@kellogghansen.com

Richard J. Nelson (*pro hac vice*)
Louis P. Feuchtbaum (*pro hac vice*)
SIDEMAN & BANCROFT LLP
One Embarcadero Center
Twenty-Second Floor
San Francisco, CA 94111-3711
(415) 392-1960
rnelson@sideman.com
lfeuchtbaum@sideman.com

*Attorneys for Defendant Cisco Systems, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record are being served on this 25th day of January, 2023 with a copy of this document via the electronic filing system.

                                        */s/ Deron R. Dacus*
                                        Deron R. Dacus