IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| DEXON COMPUTER, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC. and<br>CDW CORPORATION,<br><br>    Defendants. | Civil Action No. 5:22-cv-00053-RWS-JBB |

**JOINT STATEMENT IN RESPONSE TO SEALING ORDER**

Plaintiff Dexon Computer, Inc. ("Dexon"), Defendant Cisco Systems, Inc. ("Cisco"), and Defendant CDW Corporation ("CDW," together with Dexon and Cisco, "the parties") respectfully submit this joint statement in response to the Court's order regarding sealing entered on February 8, 2023 (Dkt. No. 112). The parties agree that no redactions of Dkt. No. 111, the Court's Order on Dexon's Motion to Compel Cisco to Timely Produce Critical Data and Documents (Dkt. No. 87) and Dexon's Motion to Compel and for Sanctions against Cisco (Dkt. No. 97), are necessary.

Dated: February 15, 2023                     Respectfully submitted,

/s/ David H. Reichenberg
w/ permission William E. Davis, III
WILLIAM E. DAVIS, III
Texas Bar No. 24047416
bdavis@davisfirm.com
THE DAVIS FIRM PC
213 N. Fredonia Street, Suite 230
Longview, Texas 74601
Phone: (903) 230-9090
Facsimile: (903) 230-9661

DAVID H. REICHENBERG (*pro hac vice*)
MATTHEW F. BRUNO (*pro hac vice*)
TINA P. LAPSIA (*pro hac vice*)
MANATT, PHELPS & PHILLIPS, LLP
7 Times Square
New York, NY 10036
dreichenberg@manatt.com
Phone: (212) 790-4626

*Counsel for Dexon Computer, Inc.*

/s/ Deron R. Dacus
DERON R. DACUS
Texas Bar No. 00790553
THE DACUS FIRM, PC
821 ESE Loop 323, Suite 430
Tyler, TX 75701
(903) 705-1177
ddacus@dacusfirm.com

AARON M. PANNER (*pro hac vice*)
ANDREW E. GOLDSMITH (*pro hac vice*)
KELLOGG, HANSEN, TODD,
   FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
apanner@kellogghansen.com
agoldsmith@kellogghansen.com
aparkinson@kellogghansen.com
kkim@kellogghansen.com
rfolio@kellogghansen.com
cschechinger@kellogghansen.com
cgallenstein@kellogghansen.com

RICHARD J. NELSON (*pro hac vice*)
LOUIS P. FEUCHTBAUM (*pro hac vice*)
SIDEMAN & BANCROFT LLP
One Embarcadero Center
Twenty-Second Floor
San Francisco, CA 94111-3711
(415) 392-1960
rnelson@sideman.com
lfeuchtbaum@sideman.com

*Counsel for Cisco Systems, Inc.*

*/s/ Jennifer H. Doan*
Jennifer H. Doan
Texas Bar No. 08809050
Cole A. Riddell
Texas Bar No. 24105423
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Phone: (903) 255-1000
Facsimile: (903) 255-0800
Email: jdoan@haltomdoan.com
Email: criddell@haltomdoan.com

James A. Reeder, Jr.
Texas Bar No. 16695010
JONES DAY
717 Texas, Suite 3300
Houston, Texas 77002
Phone: (832) 239-3939
Fax: (832) 239-3600
Email: jareeder@jonesday.com

Thomas D. York
Texas Bar No. 24095531
JONES DAY
2727 N. Harwood Street
Dallas, TX 75201
Phone: (214) 969-4523
Fax: (214) 969-5100
Email: tdyork@jonesday.com

*Counsel for CDW Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served on February 15, 2023, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first-class mail on this same date.

*/s/ Deron R. Dacus*
Deron R. Dacus