# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| DEXON COMPUTER, INC., § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> CISCO SYSTEMS, INC. AND CDW § <br> CORPORATION, § <br> § <br> Defendants. § | CASE NO. 5:22-CV-00053-RWS-JBB |

## ORDER

Before the Court is Plaintiff Dexon's Notice of Scheduling Conflict filed by Dexon's local counsel. Docket No. 128. The notice explains that Dexon's local counsel has a scheduling conflict with the March 17, 2023 hearing, but that Dexon's lead counsel plans to attend and will be able to address the Court on all matters. Docket No. 128-1 at 2. Accordingly, the Court hereby excuses Dexon's local counsel from attending the March 17, 2023 hearing.

**SIGNED this 14th day of March, 2023.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE