IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| DEXON COMPUTER, INC. | § | |
| | § | |
| V. | § | CASE NO. 5:22cv53-RWS-JBB |
| | § | |
| CISCO SYSTEMS, INC., ET AL. | § | |

## ORDER REGARDING EXPEDITED RESPONSE

The above-referenced cause of action has been referred to the undersigned United States Magistrate Judge in accordance with 28 U.S.C. § 636. The following motion is before the Court:

**Cisco Systems, Inc.'s Motion for Leave to File Motion for Sanctions Regarding Hidden and Unproduced Email Records (Dkt. No. 423).**

Cisco requests the Court grant it leave to file an opposed Motion to Sanctions to be heard at the forthcoming pretrial conference,[1] relating to "egregious discovery misconduct that Dexon" hid from Cisco until November 15, 2023. Dkt. No. 423 at 1. The Court, having reviewed Cisco's motion, is of the opinion Dexon's response should be expedited. Accordingly, it is

**ORDERED** that on or before Tuesday, **November 28, 2023 at 12:00 p.m. CST**, Dexon shall file an expedited response to Cisco Systems, Inc.'s Motion for Leave to File Motion for Sanctions Regarding Hidden and Unproduced Email Records (Dkt. No. 423).

SIGNED this the 22nd day of November, 2023.

_____
J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE

---

[1] Contemporaneously with this Order, the Court is entering an Order *Sua Sponte* Continuing Pretrial Conference [to January 4, 2024] and Remaining Pretrial Filing Deadlines [to December 18, 2023].

1