UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| DEXON COMPUTER, INC.<br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC. and CDW CORPORATION,<br>Defendants. | § § § § § § § § § § § | CASE NO. 5:22-cv-00053-RWS-JBB<br><br>JURY TRIAL DEMANDED |

## **JOINT NOTICE OF SUBMISSION OF PROPOSED JURY INSTRUCTIONS**

Pursuant to the Court's Third Amended Docket Control Order (Dkt. 287), Plaintiff Dexon Computer, Inc. ("Dexon) and Defendants Cisco Systems, Inc. ("Cisco") and CDW Corporation ("CDW") submitted their proposed jury instructions on November 21, 2023. (Dkt. No. 420, Ex. 1-A, Ex. 1-B). At that time, the parties notified the Court that they would submit a joint proposed jury instruction to the Court on December 19, 2023; the Court has not specified a deadline for a revised jury instruction submission.

The parties file this notice to update the Court that they are currently working together and making progress to submit the proposed jury instructions as soon as reasonable, which the parties currently expect to be by December 22, 2023. The parties also anticipate that additional draft submissions may be appropriate as trial proceeds and make this submission without waiver of their right to amend, supplement, or object as the evidence and positions develop at trial, and as the Court makes rulings on pending motions before it.

1

Respectfully submitted,

By: /s/ *David H. Reichenberg w/ permission*
William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com
Christian J. Hurt
Texas State Bar No. 24059987
churt@davisfirm.com
Rudolph "Rudy" Fink IV
Texas State Bar No. 24082997
rfink@davisfirm.com
Ty Wilson
Texas State Bar No. 24106583
twilson@davisfirm.com
**The Davis Firm PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Phone: (903) 230-9090
Facsimile: (903) 230-9661

David H. Reichenberg (*pro hac vice*)
Matthew F. Bruno (*pro hac vice*)
Matthew Hayden (*pro hac vice*)
**Manatt, Phelps, & Phillips LLP**
7 Times Square
New York, NY 10036
dreichenberg@manatt.com
mbruno@manatt.com
mhayden@manatt.com
Phone: (212) 790-4626
Facsimile: (212) 790-4500

**ATTORNEYS FOR PLAINTIFF
DEXON COMPUTER, INC.**

| | |
|---|---|
| */s/ Jennifer H. Doan (with permission)* | */s/ Deron R. Dacus (with permission)* |
| Jennifer H. Doan | DERON R. DACUS (Bar No. 00790553) |
| Texas Bar No. 08809050 | THE DACUS FIRM, PC |
| Mariah L. Hornok | 821 ESE Loop 323, Suite 430 |
| Texas Bar No. 24113074 | Tyler, TX 75701 |
| HALTOM & DOAN | (903) 705-1177 |
| 6500 Summerhill Road, Suite 100 | ddacus@dacusfirm.com |
| Texarkana, TX 75503 | |
| Telephone: (903) 255-1000 | AARON M. PANNER (*pro hac vice*) |
| Facsimile: (903) 255-0800 | ANDREW E. GOLDSMITH (*pro hac vice*) |
| Email: jdoan@haltomdoan.com | LESLIE V. POPE (*pro hac vice*) |
| Email: mhornok@haltomdoan.com | KELLOGG, HANSEN, TODD, |
| |    FIGEL & FREDERICK, P.L.L.C. |
| James A. Reeder, Jr. | 1615 M Street, N.W., Suite 400 |
| Texas Bar No. 16695010 | Washington, D.C. 20036 |
| JONES DAY | (202) 326-7900 |
| 717 Texas, Suite 3300 | apanner@kellogghansen.com |
| Houston, Texas 77002 | agoldsmith@kellogghansen.com |
| Telephone: (832) 239-3939 | lpope@kellogghansen.com |
| Fax: (832) 239-3600 | |
| Email: jareeder@jonesday.com | RICHARD J. NELSON (*pro hac vice*) |
| | LOUIS P. FEUCHTBAUM (*pro hac vice*) |
| Thomas D. York | SIDEMAN & BANCROFT LLP |
| Texas Bar No. 24095531 | One Embarcadero Center |
| JONES DAY | Twenty-Second Floor |
| 2727 N. Harwood Street | San Francisco, CA 94111-3711 |
| Dallas, TX 75201 | (415) 392-1960 |
| Telephone: (214) 969-4523 | rnelson@sideman.com |
| Fax: (214) 969-5100 | lfeuchtbaum@sideman.com |
| Email: tdyork@jonesday.com | |
| | *Attorneys for Defendant Cisco Systems, Inc.* |
| Danielle R. Leneck | |
| (admitted *pro hac vice*) | |
| JONES DAY | |
| 555 South Flower Street, 50th Floor | |
| Los Angeles, CA 90071 | |
| Telephone: (213) 489-3939 | |
| Fax: (213) 243-2539 | |
| Email: dleneck@jonesday.com | |
| | |
| *Attorneys for Defendant CDW Corporation* | |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document and all attachments thereto are being filed electronically in compliance with Local Rule CV-5(a). As such, this document is being served this December 19, 2023 on all counsel of record, each of whom is deemed to have consented to electronic service. L.R. CV-5(a)(3)(A).

/s/ *David H. Reichenberg*
David H. Reichenberg