IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

**PRESIDING: JUDGE J. BOONE BAXTER**
**LAW CLERKS: JENNIFER ORGERON AND MICHAEL ARAGON**
**COURTROOM DEPUTY: NICOLE PEAVY**
**COURT REPORTER: SHELLY HOLMES**

| | |
|---|---|
| DEXON COMPUTER, INC., § | |
|     Plaintiff, § | |
| § | |
| v. § | 5:22cv53 RWS-JBB |
| § | |
| CISCO SYSTEMS, INC. and CDW § | |
| CORPORATION, § | |
| Defendants. § | |

01/04/2024

Counsel for Plaintiff: Dave Reichenberg, Bo Davis, Chrisitan Hurt
Counsel for Defendant: (Cisco) Aaron Panner, Alex Parkinson, Andrew Goldsmith, Leslie Pope, Caroline Schechinger; Ryan Folio
Counsel for Defendant: (CDW) Tom York, Jennifer Doan, Mariah Hornok, Jim Reeder, Danielle Leneck

| | |
|---|---|
| 9:00 | Attorney announcements. |
| 9:03 | Court discusses parties' positions on CDW's motion for continuance. |
| 9:06 | Court discusses trial housekeeping. |
| 9:21 | Mr. Hurt argues Dexon's MIL Nos. 2, 3 and 4. |
| 9:55 | Court recesses. |
| 10:20 | Court resumes. Mr. Hurt continues his argument. |
| 10:36 | Mr. Panner responds regarding Dexon's MIL Nos. 2, 3 and 4. |
| 11:26 | Mr. Hurt replies. |
| 11:34 | Mr. Panner responds. |
| 11:38 | Mr. Reichenberg argues Dexon's MIL No. 6. |
| 11:40 | Mr. Goldsmith responds. |
| 11:46 | Court rules on MIL No. 6. Can publish the unobjectionable portions of the declaration in examining and cross-examining economic experts. |
| 11:49 | Mr. Goldsmith argues Defendants' MIL Nos. 4, 5, 6 and 7. |
| 12:04 | Mr. Reichenberg responds. |
| 12:11 | Mr. Goldsmith replies. |
| 12:16 | Mr. York addresses Defendants' MIL No. 5. |
| 12:20 | Mr. Reichenberg responds. |
| 12:23 | Court orders parties to meet regarding terms. |
| 12:28 | Court recesses. |
| 1:46 | Court resumes. Mr. Goldsmith argues Defendants' MIL No. 6 |

| | |
|---|---|
| 1:56 | Mr. Reichenberg responds. |
| 1:58 | Court denies MIL No. 6. |
| 2:01 | Mr. York argues MIL No. 7. |
| 2:10 | Mr. Reichenberg discusses concealment. |
| 2:13 | Mr. Panner responds. |
| 2:17 | Mr. Davis responds to argument on MIL No. 7. |
| 2:21 | Mr. York and Mr. Davis discuss. |
| 2:25 | Mr. Panner responds. |
| 2:31 | Court requests information. Leslie Pope discusses investigations. Mr. Hurt responds. |
| 2:34 | Court gives oral ruling on MILs. |
| 2:40 | Mr. Panner responds. |
| 2:53 | Discussion. |
| 3:10 | Court recesses. |
| 4:32 | Court resumes. |
| 4:32 | Ms. Pope corrects the record regarding investigations. |
| 4:35 | Mr. Hurt responds. |
| 4:36 | Court adjourns. |
| | |