# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| DEXON COMPUTER, INC., | ) |
| Plaintiff, | ) Civil Action No. 5:22-cv-00053-RWS-JBB |
| v. | ) |
| CISCO SYSTEMS, INC. and CDW CORPORATION, | ) |
| Defendants. | ) |

## DEFENDANT CISCO SYSTEMS, INC.'S NOTICE OF AMENDED JOINT PRETRIAL ORDER EXHIBIT

Defendant Cisco Systems, Inc. ("Cisco") hereby files notice of an amended exhibit to the Joint Pretrial Order (Dkt. 419). Exhibit 1 is an amended version of Cisco's Exhibit List (Dkt. 419-3).

1

Dated: January 19, 2024

Respectfully submitted,

/s/ *Deron R. Dacus*
DERON R. DACUS (Bar No. 00790553)
THE DACUS FIRM, PC
821 ESE Loop 323, Suite 430
Tyler, TX 75701
(903) 705-1177
ddacus@dacusfirm.com

AARON M. PANNER (*pro hac vice*)
ANDREW E. GOLDSMITH (*pro hac vice*)
LESLIE V. POPE (*pro hac vice*)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
apanner@kellogghansen.com
agoldsmith@kellogghansen.com
lpope@kellogghansen.com

Jennifer H. Doan
Texas Bar No. 08809050
Mariah L. Hornok
Texas Bar No. 24113074
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
Email: jdoan@haltomdoan.com
Email: mhornok@haltomdoan.com

RICHARD J. NELSON (*pro hac vice*)
LOUIS P. FEUCHTBAUM (*pro hac vice*)
SIDEMAN & BANCROFT LLP
One Embarcadero Center
Twenty-Second Floor
San Francisco, CA 94111-3711
(415) 392-1960
rnelson@sideman.com
lfeuchtbaum@sideman.com

*Attorneys for Defendant Cisco Systems, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served on January 19, 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) and electronic mail.

/s/ *Deron R. Dacus*
Deron R. Dacus

# Exhibit 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| **DEXON COMPUTER, INC.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CASE NO. 5:22-cv-00053-JBB-RWS |
| § | |
| **CISCO SYSTEMS, INC. AND** § | |
| **CDW CORPORATION,** § | |
| § | |
| Defendants. § | |

**DEFENDANT'S SECOND AMENDED EXHIBIT LIST**

| Judge Robert W. Schroeder III | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PL / Def. No. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|
| DX001 | | | Cisco, Buy Right – Buy Authorized Cisco (as produced on July 29, 2023) |
| DX002 | | | Cisco, Hardware and Software Warranty Information (as produced on July 29, 2023) |
| DX003 | | | Cisco, Hardware Inspection and Software Relicensing Program (as produced on July 29, 2023) |
| DX004 | | | Cisco, Identify Counterfeit and Pirated Products (as produced on July 29, 2023) |
| DX005 | | | Cisco, Network Integrity Begins with the Purchase (as produced on July 29, 2023) |
| DX006 | | | Cisco, Non-Entitlement Policy (External) Version 2.0 (as produced on July 29, 2023) |
| DX007 | | | Cisco, Partner Locator (as produced on July 29, 2023) |
| DX008 | | | Cisco, Purchase of Cisco Products from Unauthorized Resellers Due to Stock Shortages and/or Long Lead Time Issues (as produced on August 19, 2023) |
| DX009 | | | Cisco, Third Party Maintenance Services and Purchase of Cisco Products Outside the Authorized Channel (as produced on July 29, 2023) |
| DX010 | | | CISCO00793820 |
| DX011 | | | CISCO00793824 |
| DX012 | | | Coleman Ex. 4 (CDW-DXN-00384364) |
| DX013 | | | CISCO00036884 |

| | | | |
|---|---|---|---|
| DX014 | | | Avaya, Reseller Agreement (as produced on July 29, 2023) |
| DX015 | | | Babich Ex. 6 (CDW-DXN-00028704) |
| DX016 | | | CDW Corporation's Website (CDW.com), in whole or in part |
| DX017 | | | CDW3 / CDW17 (DEXON_0024115) |
| DX018 | | | CDW18 (CDW-DXN-00013798) |
| DX019 | | | CDW-DXN-00014160 |
| DX020 | | | CDW-DXN-00025508 |
| DX021 | | | CDW-DXN-00028715 |
| DX022 | | | CDW-DXN-00030043 |
| DX023 | | | Exhibit Withdrawn by Defendant |
| DX024 | | | Exhibit Withdrawn by Defendant |
| DX025 | | | CDW-DXN-00030784 |
| DX026 | | | CDW-DXN-00032136 |
| DX027 | | | CDW-DXN-00032534 |
| DX028 | | | CDW-DXN-00032564 |
| DX029 | | | CDW-DXN-00032751 |
| DX030 | | | CDW-DXN-00033570 |
| DX031 | | | CDW-DXN-00086299 |
| DX032 | | | CDW-DXN-00198329 |
| DX033 | | | CDW-DXN-00233885 |
| DX034 | | | CDW-DXN-00254070 |
| DX035 | | | CDW-DXN-00254617 |
| DX036 | | | CDW-DXN-00032804 |
| DX037 | | | CDW-DXN-00344347 |

| | | | |
|---|---|---|---|
| DX038 | | | CDW-DXN-00397890 |
| DX039 | | | CDW-DXN-00422971 |
| DX040 | | | CDW-DXN-00528302 |
| DX041 | | | CDW, Form 10-K Fiscal Year 2022 (as produced on July 29, 2023) |
| DX042 | | | Cisco002 (DEXON_0464715) |
| DX043 | | | Cisco006 (DEXON_0466166) |
| DX044 | | | Cisco013 (DEXON_0466295) |
| DX045 | | | Cisco014 (CISCO00012678) |
| DX046 | | | Cisco016 |
| DX047 | | | Cisco019 |
| DX048 | | | Cisco022 (DEXON_0442180) |
| DX049 | | | Cisco025 (DEXON_0443662) |
| DX050 | | | Cisco030 (DEXON_0452806) |
| DX051 | | | Cisco032 (DEXON_0452936) |
| DX052 | | | Cisco033 (DEXON_0453863) |
| DX053 | | | Cisco034 (DEXON_0454944) |
| DX054 | | | Cisco035 (DEXON_0460017) |
| DX055 | | | Cisco040 (LECD-0474) |
| DX056 | | | Cisco044 (DEXON_0214307) |
| DX057 | | | Cisco045 (DEXON_0224084) |
| DX058 | | | Cisco053 (DEXON_0011135) |
| DX059 | | | Cisco058 (DEXON_0464814) |
| DX060 | | | Cisco059 (DEXON_0013340) |
| DX061 | | | Cisco062 (DEXON_0433989) |

| | | | |
|---|---|---|---|
| DX062 | | | Cisco075 |
| DX063 | | | Cisco081 |
| DX064 | | | Cisco084 (DEXON_0148536) |
| DX065 | | | Cisco088 (DEXON_0394609) |
| DX066 | | | Cisco089 (DEXON_0246319) |
| DX067 | | | Cisco102 / Cisco197 (DEXON_0132191) |
| DX068 | | | Cisco103 (DEXON_0301717) |
| DX069 | | | Cisco105 (DEXON_0588734) |
| DX070 | | | Cisco109 |
| DX071 | | | Cisco111 (DEXON_0002158) |
| DX072 | | | Cisco115 / Cisco230 (DEXON_0010991) |
| DX073 | | | Cisco117 (DEXON_0018385) |
| DX074 | | | Cisco119 (DEXON_0013614) |
| DX075 | | | Cisco120 (DEXON_0014749) |
| DX076 | | | Cisco122 (DEXON_0019726) |
| DX077 | | | Cisco124 (DEXON_0057110) |
| DX078 | | | Cisco125 (DEXON_0057140) |
| DX079 | | | Cisco128 (DEXON_0042764) |
| DX080 | | | Cisco129 (DEXON_0051635) |
| DX081 | | | Cisco131 (DEXON_0073789) |
| DX082 | | | Cisco139 (DEXON_0400201) |
| DX083 | | | Cisco143 (DEXON_0087299) |
| DX084 | | | Cisco144 (DEXON_0443763) |
| DX085 | | | Cisco145 (DEXON_0444716) |

| | | | |
|---|---|---|---|
| DX086 | | | Cisco146 (DEXON_0475442) |
| DX087 | | | Cisco149 |
| DX088 | | | Cisco150 (DEXON_0454321) |
| DX089 | | | Cisco157 (DEXON_0445931) |
| DX090 | | | Cisco158 (DEXON_0051641) |
| DX091 | | | Cisco159 (DEXON_0389143) |
| DX092 | | | Cisco172 (DEXON_0068052) |
| DX093 | | | Cisco187 (DEXON_0153614) |
| DX094 | | | Cisco192 (DEXON_0661116) |
| DX095 | | | Cisco216 (DEXON_0276074) |
| DX096 | | | Cisco219 (DEXON_0284429) |
| DX097 | | | Cisco222 (DEXON_0023678) |
| DX098 | | | Cisco229 (DEXON_0408502) |
| DX099 | | | Cisco232 (DEXON_0406794) |
| DX100 | | | Cisco233 |
| DX101 | | | Cisco234 |
| DX102 | | | Cisco235 |
| DX103 | | | Cisco236 (DEXON_0087464) |
| DX104 | | | Cisco245 (DEXON_0339429) |
| DX105 | | | Cisco248 (DEXON_0369933) |
| DX106 | | | Cisco252 (DEXON_0339447) |
| DX107 | | | Cisco253 (DEXON_0347156) |
| DX108 | | | Cisco273 (DEXON_0019638) |
| DX109 | | | Cisco277 (DEXON_0427967) |

| | | | |
|---|---|---|---|
| DX110 | | | Cisco289 (DEXON_0476849) |
| DX111 | | | Cisco297 (DEXON_0705342) |
| DX112 | | | Cisco304 (DEXON_0661044) |
| DX113 | | | Cisco315 (DEXON_0206363) |
| DX114 | | | Cisco330 |
| DX115 | | | Cisco332 |
| DX116 | | | Cisco334 |
| DX117 | | | Exhibit Withdrawn by Defendant |
| DX118 | | | CISCO00000030 |
| DX119 | | | Exhibit Withdrawn by Defendant |
| DX120 | | | Exhibit Withdrawn by Defendant |
| DX121 | | | Exhibit Withdrawn by Defendant |
| DX122 | | | CISCO00000180 |
| DX123 | | | Exhibit Withdrawn by Defendant |
| DX124 | | | CISCO00000204 |
| DX125 | | | CISCO00000218 |
| DX126 | | | Exhibit Withdrawn by Defendant |
| DX127 | | | CISCO00000296 |
| DX128 | | | CISCO00002623 |
| DX129 | | | CISCO00002689 |
| DX130 | | | CISCO00003180 |
| DX131 | | | CISCO00003197 |
| DX132 | | | CISCO00003201 |
| DX133 | | | CISCO00008602 |

| | | | |
|---|---|---|---|
| DX134 | | | CISCO00008604 |
| DX135 | | | CISCO00008575 |
| DX136 | | | CISCO00008600 |
| DX137 | | | CISCO00008601 |
| DX138 | | | CISCO00009443 |
| DX139 | | | CISCO00010499 |
| DX140 | | | CISCO00011665 |
| DX141 | | | CISCO00014636 |
| DX142 | | | CISCO00036882 |
| DX143 | | | CISCO00046569 |
| DX144 | | | CISCO00224583 |
| DX145 | | | CISCO00467946 |
| DX146 | | | CISCO00669868 |
| DX147 | | | CISCO00674991 |
| DX148 | | | CISCO00797018 |
| DX149 | | | CISCO00797030 |
| DX150 | | | CISCO00797033 |
| DX151 | | | CISCO00798909 |
| DX152 | | | Cisco, Catalyst IOS Software Update Program for Cisco Catalyst (as produced on August 19, 2023) |
| DX153 | | | Cisco, Enhanced Limited Lifetime Hardware Warranty (as produced on July 29, 2023) |
| DX154 | | | Coleman Ex. 10 (CDW-DXN-00225813) |
| DX155 | | | Coleman Ex. 17 (CDW-DXN-00387650) |
| DX156 | | | Coleman Ex. 20 (CDW-DXN-00408659) |

| | | | |
|---|---|---|---|
| DX157 | | | Cybersecurity & Infrastructure Security Agency (CISA), The Increasing Threat to Network Infrastructure Devices and Recommended Mitigations (as produced on July 29, 2023) |
| DX158 | | | Declaration of Jojo Jacob (dated June 21, 2023) |
| DX159 | | | Declaration of Leo Kaas in Response to Plaintiffs' Amended [Proposed] Order for Mandatory Injunction, *Cisco Systems, Inc. v. Dexon Computer, Inc.*, No. 3:20-cv-4926-CRB (N.D. Cal. dated Aug. 9, 2023) |
| DX160 | | | Declaration of Rayne Martz (dated April 20, 2023) |
| DX161 | | | Dell, Reseller Terms of Sale (as produced on July 29, 2023) |
| DX162 | | | Department of Justice, CEO of Dozens of Companies Pleads Guilty to Massive Scheme to Traffic in Fraudulent and Counterfeit Cisco Networking Equipment (as produced on July 29, 2023) |
| DX163 | | | Exhibit Withdrawn by Defendant |
| DX164 | | | DEXON_0004662 |
| DX165 | | | DEXON_0015631 |
| DX166 | | | DEXON_0015863 |
| DX167 | | | DEXON_0032987 |
| DX168 | | | DEXON_0045083 |
| DX169 | | | DEXON_0058114 |
| DX170 | | | DEXON_0201718 |
| DX171 | | | DEXON_0216366 |
| DX172 | | | DEXON_0246675 |
| DX173 | | | DEXON_0277661 |
| DX174 | | | DEXON_0298918 |
| DX175 | | | DEXON_0319124 |
| DX176 | | | DEXON_0365598 |
| DX177 | | | DEXON_0370692 |
| DX178 | | | DEXON_0386709 |
| DX179 | | | DEXON_0390930 |

| | | | |
|---|---|---|---|
| DX180 | | | DEXON_0397168 |
| DX181 | | | DEXON_0414610 |
| DX182 | | | DEXON_0429285 |
| DX183 | | | DEXON_0431047 |
| DX184 | | | DEXON_0431616 |
| DX185 | | | DEXON_0434672 |
| DX186 | | | DEXON_0476847 |
| DX187 | | | DEXON_0476848 |
| DX188 | | | DEXON_0476849 |
| DX189 | | | DEXON_0476850 |
| DX190 | | | DEXON_0491421 |
| DX191 | | | DEXON_0549955 |
| DX192 | | | DEXON_0583685 |
| DX193 | | | DEXON_0705326 |
| DX194 | | | DEXON_0705345 |
| DX195 | | | DEXON_0705349 |
| DX196 | | | DEXON_0705369 |
| DX197 | | | DEXON_0705370 |
| DX198 | | | Dexon Computer, Inc.'s Responses to CDW Corporation's Interrogatories in whole or in part |
| DX199 | | | Dexon Computer, Inc.'s Responses to CDW Corporation's Requests for Admission in whole or in part |
| DX200 | | | Dexon Computer, Inc.'s Responses to Cisco Systems, Inc.'s Interrogatories in whole or in part |
| DX201 | | | Dexon Computer, Inc.'s Responses to Cisco Systems, Inc.'s Requests for Admission in whole or in part |
| DX202 | | | Dexon Computer, Inc.'s Website (Dexon.com) in whole or in part |
| DX203 | | | ENI000003 |

| | | | |
|---|---|---|---|
| DX204 | | | eBay Vendor Page for eBay Stores_prttyboi34 |
| DX205 | | | Extreme Networks, Reseller Guide (as produced on July 29, 2023) |
| DX206 | | | FBISD_1425 |
| DX207 | | | FBISD_2981 |
| DX208 | | | Peter Hlavnicka and Anthony Keats, *Protecting the Brand: Counterfeiting and Gray Markets* (Volume 1, 2021) |
| DX209 | | | HPE00001 |
| DX210 | | | 19236_JNPR_00000024 |
| DX211 | | | Juniper Networks, Cybersecurity: An Examination of the Communications Supply Chain (as produced on July 29, 2023) |
| DX212 | | | Juniper Networks, Gray Market Product Support FAQs (as produced on July 29, 2023) |
| DX213 | | | Kizer Ex. 01 |
| DX214 | | | Palo Alto Networks, Secondary Market Policy (as produced on July 29, 2023) |
| DX215 | | | Physical Exhibit (Exemplar Cisco Systems, Inc. Switch) |
| DX216 | | | Physical Exhibit (Exemplar Cisco Systems, Inc. Router) |
| DX217 | | | Physical Exhibit (Exemplar Cisco Systems, Inc. IP Phone) |
| DX218 | | | Physical Exhibit (Exemplar Counterfeit Switch Branded as Cisco Systems, Inc.) |
| DX219 | | | Rubeck Ex. 02 (CDW-DXN-00064526) |
| DX220 | | | Exhibit Withdrawn by Defendant |
| DX221 | | | Exhibit Withdrawn by Defendant |
| DX222 | | | Exhibit Withdrawn by Defendant |

| | | | |
|---|---|---|---|
| DX223 | | | Summary of, in whole or part and subject to amendment or modification:  Cisco089 (DEXON_0246319), CISCO00000331, CISCO00000375, CISCO00000399, CISCO00000447, CISCO00000453, CISCO00003960, CISCO00008569, CISCO00008575, CISCO00008600, CISCO00008601, CISCO00008604, CISCO00009091, CISCO00009443, CISCO00009972, CISCO00010499, CISCO00012678, CISCO00012786, CISCO00012943, CISCO00014348, CISCO00015163, CISCO00016204, CISCO00035586, CISCO00467757, CISCO00468044, CISCO00486021, CISCO00507864, CISCO00520907, CISCO00521091, CISCO00524636, CISCO00527152, CISCO00797016, CISCO00797018, CISCO00797020, CISCO00797033, CISCO00798896, DEXON_0298918, DEXON_0365598, DEXON_0370692, DEXON_0434672, DEXON_0466166, DEXON_0466295, DEXON_0476847, DEXON_0476848, DEXON_0476849, DEXON_0476850, DEXON_0583685, DEXON_0696123, DEX-002688 |
| DX224 | | | Summary of, in whole or part and subject to amendment or modification: Arista, End User License Agreement; Aruba, End User License Agreement; Cisco, End User License Agreement; Dell Technologies, End User License Agreement; Extreme, End User License Agreement; Juniper Networks, Master Purchase and License Agreement; Palo Alto Networks, End User Agreement; VMWare, End User License Agreement (each as produced on August 19, 2023) |
| DX225 | | | Summary of, in whole or part and subject to amendment or modification: Cisco, Channel Certification Program; Dell Technologies, 2023 Dell Technologies Partner Program: Powered by Collaboration; ENI000005; Extreme Networks, Reseller Guide Partner Program; Fortinet, Engage Partner Program Brochure and Enhancements to the Fortinet Engage Partner Program; Hewlett Packard Enterprise, Aruba Partner Programs; Juniper Networks, Juniper Partner Advantage, Arista, Partner Program ("Arista Channels NOW! Partner Program") (each document without a Bates number as produced on July 29, 2023) |
| DX226 | | | Summary of, in whole or part and subject to amendment or modification: CDW-DXN-00000125, CDW-DXN-00000126, CDW-DXN-00000127, CDW-DXN-00000128, CDW-DXN-00000129, CDW-DXN-00000130, CDW-DXN-00000131, CDW-DXN-00000132 |
| DX227 | | | Summary of, in whole or part and subject to amendment or modification: CDW-DXN-00899106, CDW-DXN-00899107, CDW-DXN-00899108 |
| DX228 | | | Summary of, in whole or part and subject to amendment or modification: DEXON_0476847, DEXON_0476848, DEXON_0476849, DEXON_0476850 |
| DX229 | | | Summary of, in whole or in part and subject to amendment or modification: Coleman Ex. 4 (CDW-DXN-00384364) |
| DX230 | | | Szymanski Ex. 3 (CDW-DXN-00029974) |
| DX231 | | | Szymanski Ex. 4 (CISCO00004825) |
| DX232 | | | Szymanski Ex. 5 (CDW-DXN-00030064) |
| DX233 | | | Szymanski Ex. 6 (CDW-DXN-00030471) |
| DX234 | | | Szymanski Ex. 7 (CDW-DXN-00037686) |

| | | | |
|---|---|---|---|
| DX235 | | | Szymanski Ex. 12 (CDW-DXN-00038581) |
| DX236 | | | TARGA000617 |
| DX237 | | | TARGA000688 |
| DX238 | | | Ugone Rebuttal Appendix A |
| DX239 | | | Ugone Rebuttal Appendix B |
| DX240 | | | Ugone Rebuttal Appendix C |
| DX241 | | | Exhibit Withdrawn by Defendant |
| DX242 | | | Ugone Rebuttal Exhibit 10 |
| DX243 | | | Ugone Rebuttal Exhibit 11 |
| DX244 | | | Zettlemoyer Ex. 01 (CISCO-05742) |
| DX245 | | | Zettlemoyer Ex. 02 (CISCO-05742) |
| DX246 | | | Zettlemoyer Ex. 03 (CISCO-08761) |
| DX247 | | | Zettlemoyer Ex. 04 (CISCO-07329) |
| DX248 | | | Zettlemoyer Ex. 05 (DEXON_0349816) |
| DX249 | | | Zettlemoyer Ex. 06 (DEXON_0350037) |
| DX250 | | | Zettlemoyer Ex. 08 (CISCO-08772) |
| DX251 | | | Maness Opening Report Exhibit 3 |
| DX252 | | | Maness Opening Report Exhibit 4 |
| DX253 | | | Maness Opening Report Exhibit 5 |
| DX254 | | | CISCO00524633 |
| DX255 | | | DEXON_0064939 |
| DX256 | | | CISCO00003951 |
| DX257 | | | DEXON_0656215 |
| DX258 | | | Cisco277 (DEXON_0427967) |

| | | | |
|---|---|---|---|
| DX259 | | | DEXON_0127434 |
| DX260 | | | CISCO00035586 |
| DX261 | | | Cisco133 (DEXON_0056492) |
| DX262 | | | CDW-DXN-00028776 |
| DX263 | | | CDW-DXN-00032810 |
| DX264 | | | CISCO00011626 (previously PX016) |
| DX265 | | | CISCO00003852 (previously PX018) |
| DX266 | | | Babich Ex. 08 (CISCO00000425) (previously PX049) |
| DX267 | | | DEXON_0015581 (previously PX081) |
| DX268 | | | CISCO00010500 (previously PX095) |
| DX269 | | | CISCO00010509 (previously PX096) |
| DX270 | | | CISCO00019985 (previously PX102) |
| DX271 | | | CISCO00468263 (previously PX104) |
| DX272 | | | CISCO00481371 (previously PX105) |
| DX273 | | | CISCO00481390 (previously PX106) |
| DX274 | | | CISCO00488828 (previously PX107) |
| DX275 | | | CISCO00589181 (previously PX108) |
| DX276 | | | CISCO00590069 (previously PX109) |
| DX277 | | | CISCO00797032 (previously PX113) |
| DX278 | | | Abbott Ex. 08 (CISCO00011629) (previously PX124) |
| DX279 | | | CISCO00468305 (previously PX130) |
| DX280 | | | Complaint, *Cisco Systems, Inc. and Cisco Technology Inc. v. Dexon Computer, Inc.*, Case No. 3:11-cv-01455-WHA, Dkt. 1 (N.D. Cal.) (previously PX252) |
| DX281 | | | DEXON_0707665 (previously PX254) |
| DX282 | | | Marhaba Ex. 06 (CDW-DXN-00028935) |

| | | | |
|---|---|---|---|
| DX283 | | | CISCO00000380 |
| DX284 | | | CISCO00000412 |
| DX285 | | | CISCO00003102 |
| DX286 | | | CISCO00035586 |
| DX287 | | | CISCO00072885 |
| DX288 | | | CISCO00467947 |
| DX289 | | | CISCO00797014 |
| DX290 | | | CISCO00797015 |
| DX291 | | | CISCO00797016 |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.