IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| DEXON COMPUTER, INC. | § | |
| | § | |
| V. | § | CIVIL NO. 5:55cv53 |
| | § | |
| CISCO SYSTEMS, INC. | § | |

MINUTES FOR JURY SELECTION AND FIRST DAY OF TRIAL
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
JANUARY 22, 2024

OPEN: 8:57 a.m.                                                                                   ADJOURN: 5:09 p.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Bo Davis, David Reichenberg and Christian Hurt |
| ATTORNEYS FOR DEFENDANT: | Jennifer Doan, Deron Dacus, Aaron Panner and Andrew Goldsmith |
| LAW CLERK: | Michael Aragon |
| COURTROOM DEPUTY: | Betty Schroeder |
| COURT REPORTER: | Shelly Holmes |

| | |
|---|---|
| 8:57 a.m. | Case called; parties; Court welcomes everyone, gives preliminary comments |
| 9:17 a.m. | Panel members introduce themselves |
| 9:44 a.m. | Mr. Bo Davis introduces himself, client, co-counsel and witnesses; Court questions panel members regarding knowing anyone mentioned by Mr. Davis; no response |
| 9:48 a.m. | Ms. Jennifer Doan introduces herself, client, co-counsel and witnesses; Court questions panel members regarding knowing anyone mentioned by Ms. Doan; responses from panel |
| 9:55 a.m. | Court continues with voir dire |

| | |
|---|---|
| 10:18 a.m. | Break |
| 10:31 a.m. | Mr. Davis begins voir dire for Plaintiff |
| 11:03 a.m. | Ms. Doan begins voir dire for Defendant |
| 11:35 a.m. | Bench conference |
| 11:36 a.m. | Court instructs one panel member to remain in the courtroom for additional questioning; remaining panel members excused for a break |
| 11:38 a.m. | Court further questions the panel member regarding his hardship; panel member released |
| 11:40 a.m. | Parties also agree that panel member #22 may be excused; no cause challenges from either party |
| 11:41 a.m. | Recess |
| 11:56 a.m. | Outside the presence of the jury panel, Court and parties discuss strike lists; all parties are in agreement of jury selected |
| 11:57 a.m. | Panel members seated |
| 11:58 a.m. | Court advises that a jury has been selected; jury members called and seated; Court thanks those not selected and releases those not selected |
| 12:00 p.m. | Jury sworn in; Court gives brief instructions to the jury; jury released for lunch |
| 12:08 p.m. | Outside the presence of the jury, Mr. Christian Hurt argues Plaintiff's objection to slides in Defendant's opening statement; Mr. Deron Dacus responds; Court will allow use of slides; |
| 12:12 p.m. | Recess |
| 1:00 p.m. | In Chambers conference regarding problem with first juror |
| 1:18 p.m. | Jury seated |
| 1:19 p.m. | Court gives preliminary instructions to the jury |
| 1:54 p.m. | Mr. Davis begins opening statement for Plaintiff |
| 2:24 p.m. | Mr. Dacus begins opening statement for Defendant |

| | |
|---|---|
| 2:56 p.m. | Break |
| 3:12 p.m. | Jury seated |
| 3:14 p.m. | Both parties invoke the rule |
| 3:15 p.m. | Mr. Davis calls Steve O'Neil; witness sworn in |
| 3:16 p.m. | Mr. Christian Hurt begins direct examination of Mr. O'Neil |
| 4:01 p.m. | Objection by Mr. Dacus; Court - lay a foundation |
| 4:07 p.m. | Bench conference |
| 4:12 p.m. | Mr. Dacus begins cross examination of Mr. O'Neil |
| 4:21 p.m. | Bench conference |
| 4:22 p.m. | Mr. Dacus continues with cross examination of Mr. O'Neil |
| 4:59 p.m. | Bench conference |
| 5:00 p.m. | Mr. Dacus continues with cross examination of Mr. O'Neil |
| 5:01 p.m. | Jury excused for the evening |
| 5:04 p.m. | Outside the presence of the jury, Court and parties discuss last sidebar; Mr. Dacus questions the Court regarding sequestering the witness from the lawyers since he is on cross; Court responds; Court questions the parties regarding deposition designations; Mr. Ty Wilson responds; Court responds |
| 5:09 p.m. | Recess |