IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION


| | | |
|---|---|---|
| DEXON COMPUTER, INC. | § | |
| | § | |
| V. | § | CIVIL NO. 5:55cv53 |
| | § | |
| CISCO SYSTEMS, INC. | § | |

---

MINUTES FOR THIRD DAY OF TRIAL
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
JANUARY 24, 2024

OPEN: 8:18 a.m.                                                    ADJOURN:   5:04 p.m.

---

ATTORNEYS FOR PLAINTIFF:    Bo Davis, David Reichenberg and Christian Hurt

ATTORNEYS FOR DEFENDANT: Jennifer Doan, Deron Dacus, Aaron Panner and Andrew Goldsmith

LAW CLERK:                          Michael Aragon

COURTROOM DEPUTY:         Betty Schroeder

COURT REPORTER:              Shelly Holmes

---

8:51 a.m.        Jury seated

8:52: a.m.       Mr. Davis continues with direct examination of Mr. Roberts

9:33 a.m.        Mr. Dacus begins cross examination of Mr. Roberts

9:51 a.m.        Objection by Mr. Davis; sustained

9:53 a.m.        Objection by Mr. Davis; sustained

9:55 a.m.        Mr. Davis begins redirect examination of Mr. Roberts

10:11 a.m.       Mr. Dacus begins recross examination of Mr. Roberts;

10:11 a.m.      Objection by Mr. Davis; sustained

10:12 a.m.      Mr. Davis continues with redirect examination of Mr. Roberts

10:13 a.m.      Court asks for questions from the jury; bench conference

10:14 a.m.      Court questions Mr. Roberts; Mr. Roberts responds

10:18 a.m.      Mr. Dacus questions Mr. Roberts

10:19 a.m.      Recess

10:35 a.m.      Jury seated

10:35 a.m.      Mr. Davis calls Grace Marhaba via video deposition

10:45 a.m.      Mr. Davis calls Jonathan Tate; witness sworn in

10:46 a.m.      Mr. Rudy Fink begins direct examination of Mr. Tate

10:58 a.m.      Objection by Ms. Doan; Court - rephrase the question

10:56 a.m.      Objection by Ms. Doan; Court - rephrase the question

10:59 a.m.      Objection by Ms. Doan; Court - overruled

11:00 a.m.      Objection by Ms. Doan; Court - rephrase the question

11:00 a.m.      Objection by Ms. Doan; Court - sustained

11:05 a.m.      Bench conference

11:08 a.m.      Ms. Doan begins cross examination of Mr. Tate

11:14 a.m.      Bench conference

11:19 a.m.      Ms. Doan continues with cross examination of Mr. Tate

11:47 a.m.      Bench conference

11:47 a.m.      Ms. Doan continues with cross examination of Mr. Tate

11:48 a.m.      Mr. Fink begins redirect examination of Mr. Tate

11:52 a..m.     Ms. Doan begins recross examination of Mr. Tate

| | |
|---|---|
| 11:55 a.m. | Court asks for questions from the jury; no questions |
| 11:56 a.m. | Recess |
| 12:48 p.m. | Outside the presence of the jury, Mr. Wilson argues Plaintiff's objections to deposition designations; Mr. Panner responds to argument; Court responds |
| 1:20 p.m. | Jury seated |
| 1:21 p.m. | Mr. Davis calls Doug Abbott via video deposition |
| 1:45 p.m. | Mr. Davis calls Naser Samaenah via video deposition |
| 2:05 p.m. | Mr. Hurt calls Denise Mosteller; witness sworn in |
| 2:05 p.m. | Mr. Hurt begins direct examination of Ms. Mosteller |
| 2:13 p.m. | Mr. Hurt offers Ms. Mosteller as an expert in brand protection; no objections |
| 3:07 p.m. | Recess |
| 3:21 p.m. | Outside the presence of the jury, Mr. Goldsmith addresses the Court regarding Ms. Mosteller's testimony; Mr. Hurt responds; Court responds |
| 3:32 p.m | Jury seated |
| 3:33 p.m. | Mr. Andrew Goldsmith begins cross examination of Ms. Mosteller |
| 3:37 p.m. | Bench conference |
| 3:38 p.m. | Mr. Goldsmith continues with cross examination of Ms. Mosteller |
| 3:47 p.m. | Bench conference |
| 3:50 pm | Mr. Goldsmith continues with cross examination of Ms. Mosteller |
| 4:16 p.m. | Mr. Hurt begins redirect examination of Ms. Mosteller |
| 4:23 p.m. | Objection by Mr. Goldsmith; Court - rephrase the question |
| 4:24 p.m. | Mr. Goldsmith begins recross examination of Ms. Mosteller |
| 4:30 p.m. | Court asks for questions from Ms. Mosteller; bench conference |
| 4:31 p.m. | Court questions Ms. Mosteller; Ms. Mosteller responds |

4:33 p.m.    Mr. Davis calls Frank Szymanski via video deposition

4:50 p.m.    Bench conference

4:52 p.m.    Jury excused

4:54 p.m.    Outside the presence of the jury, Court and parties discuss schedule for tomorrow; parties are to report by 8:00 tonight to the Court regarding their disputes regarding deposition designations; Mr. Goldsmith addresses the Court regarding exhibits dispute; Mr. Dacus addresses the Court regarding offers of prove; Court responds; Mr. Hurt and Mr. Dacus read into the record exhibits used yesterday

5:04 p.m.    Recess