IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| DEXON COMPUTER, INC. | § | |
| | § | |
| V. | § | CIVIL NO. 5:55cv53 |
| | § | |
| CISCO SYSTEMS, INC. | § | |

MINUTES FOR FOURTH DAY OF TRIAL
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
JANUARY 25, 2024

OPEN: 8:52 a.m.                                                                                   ADJOURN:  5:14 p.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Bo Davis, David Reichenberg and Christian Hurt |
| ATTORNEYS FOR DEFENDANT: | Jennifer Doan, Deron Dacus, Aaron Panner and Andrew Goldsmith |
| LAW CLERK: | Michael Aragon |
| COURTROOM DEPUTY: | Betty Schroeder |
| COURT REPORTER: | Shelly Holmes |

| | |
|---|---|
| 8:52 a.m. | Outside the presence of the jury, Court and parties discuss objections to deposition designations and exhibits |
| 8:53 a.m. | Jury seated |
| 8:54 a.m. | Mr. Reichenberg calls Robert Maness; witness sworn in |
| 8:55 a.m. | Mr. Reichenberg begins direct examination of Dr. Maness |
| 8:57 a.m. | Mr. Reichenberg offers Dr. Maness as an expert witness in the area of antitrust economics and competition; no objections |
| 9:11a.m. | Objection by Mr. Panner; bench conference |

| Time | Event |
|---|---|
| 9:15 a.m. | Mr. Reichenberg continues with direct examination of Dr. Maness |
| 9:16 a.m. | Objection by Mr. Panner; Mr. Reichenberg responds; bench conference |
| 9:20 a.m. | Mr. Reichenberg continues with direct examination of Dr. Maness |
| 9:28 a.m. | Objection by Mr. Panner; Mr. Reichenberg responds; Court - rephrase the question |
| 9:39 a.m. | Objection by Mr. Panner; bench conference |
| 9:43 a.m. | Mr. Reichenberg continues with direct examination of Dr. Maness |
| 9:43 a.m. | Objection by Mr. Panner |
| 9:44 a.m. | Objection by Mr. Panner; bench conference |
| 9:48 a.m. | Mr. Reichenberg continues with direct examination of Dr. Maness |
| 9:55 a.m. | Objection by Mr. Panner; Mr. Reichenberg responds |
| 9:56 a.m. | Objection by Mr. Panner; Mr. Reichenberg responds |
| 10:03 a.m. | Objection by Mr. Panner; bench conference |
| 10:04 a.m. | Mr. Reichenberg continues with direct examination of Dr. Maness |
| 10:15 a.m. | Objection by Mr. Panner; bench conference |
| 10:19 a.m. | Mr. Reichenberg continues with direct examination of Dr. Maness |
| 10:24 a.m. | Recess |
| 10:39 a.m. | Jury seated |
| 10:40 a.m. | Mr. Panner begins cross examination of Dr. Maness |
| 10:41 a.m. | Bench conference |
| 10:45 a.m. | Mr. Panner continues with cross examination of Dr. Maness |
| 10:54 a.m. | Objection by Mr. Reichenberg; bench conference |
| 10:53 a.m. | Mr. Panner continues with cross examination of Dr. Maness |
| 11:15 a.m. | Objection by Mr. Reichenberg; Court - rephrase the question |

| | |
|---|---|
| 11:19 a.m. | Objection by Mr. Reichenberg; Court - rephrase the question |
| 11:20 a.m. | Objection by Mr. Reichenberg; Court - overruled |
| 11:33 a.m. | Objection by Mr. Reichenberg; Mr. Panner responds |
| 11:40 a.m. | Recess |
| 12:41 p.m. | Outside the presence of the jury, bench conference |
| 12:44 p.m. | Jury seated |
| 12:46 p.m. | Mr. Panner continues with cross examination of Dr. Maness |
| 12:59 p.m. | Objection by Mr. Reichenberg; bench conference |
| 1:04 p.m. | Mr. Panner continues with cross examination of Dr. Maness |
| 1:09 p.m. | Objection by Mr. Reichenberg; Court - rephrase the question |
| 1:11 p.m. | Objection by Mr. Reichenberg |
| 1:13 p.m. | Objection by Mr. Reichenberg; Court - rephrase the question |
| 1:17 p.m. | Objection by Mr. Reichenberg; bench conference |
| 1:18 p.m. | Mr. Panner continues with cross examination of Dr. Maness |
| 1:20 p.m. | Objection by Mr. Reichenberg; Court - rephrase the question |
| 1:22 p.m. | Objection by Mr. Reichenberg; Court - overruled |
| 1:23 p.m. | Objection by Mr. Reichenberg; Court - rephrase the question |
| 1:31 p.m. | Bench conference |
| 1:33 p.m. | Mr. Panner continues with cross examination of Dr. Maness |
| 1:38 p.m. | Objection by Mr. Reichenberg; Court - overruled |
| 1:38 p.m. | Mr. Reichenberg begins redirect examination of Dr. Maness |
| 1:43 p.m. | Objection by Mr. Panner; Court - sustained |
| 1:44 p.m. | Objection by Mr. Panner |

| | |
|---|---|
| 1:47 p.m. | Mr. Panner begins recross examination of Dr. Maness |
| 1:48 p.m. | Court asks for questions from the jury; no questions |
| 1:48 p.m. | Bench conference |
| 1:50 p.m. | Mr. Davis announces that Plaintiff rests |
| 1:50 p.m. | Mr. Goldsmith calls Charles Williams; witness sworn in |
| 1:51 p.m. | Mr. Goldsmith begins direct examination of Mr. Williams |
| 2:00 p.m. | Bench conference |
| 2:02 p.m. | Mr. Goldsmith continues with direct examination of Mr. Williams |
| 2:20 p.m. | Recess |
| 2:37 p.m. | Jury seated |
| 2:38 p.m. | Mr. Goldsmith continues with direct examination of Mr. Williams |
| 3:33 p.m. | Mr. Davis begins cross examination of Mr. Williams |
| 4:06 p.m. | Objection by Mr. Goldsmith; Court - lay a foundation |
| 4:10 p.m. | Mr. Davis offers Exhibit #261; no objections; admitted |
| 4:14 p.m. | Mr. Goldsmith begins redirect examination of Mr. Williams |
| 4:15 p.m. | Court asks for questions from the jury; bench conference |
| 4:17 p.m. | Court questions Mr. Williams; Mr. Williams responds |
| 4:21 p.m. | Mr. Davis questions Mr. Williams |
| 4:22 p.m. | Ms. Doan calls Katy Graber via video deposition |
| 4:28 p.m. | Ms. Doan calls Leo Kaas via video deposition |
| 4:39 p.m. | Ms. Doan calls Timothy Roush via video deposition |
| 4:51 p.m. | Ms. Doan calls Robert Olson via video deposition |
| 4:59 p.m. | Ms. Doan calls Erik Valenzuela via video deposition |

| | |
|---|---|
| 5:02 p.m. | Jury excused |
| 5:03 p.m. | Outside the presence of the jury, Court and parties discuss remaining schedule, jury instructions and verdict form; Mr. Wilson reads into the record exhibits from yesterday; Mr. Dacus will inform the Court tomorrow if there are any objections; Court and parties discuss objections to deposition designations |
| 5:14 p.m. | Recess |