IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| **DEXON COMPUTER, INC.,**<br><br>　　Plaintiff,<br><br>　　v.<br><br>**CISCO SYSTEMS, INC.]**<br><br>　　Defendant. | Civil Action No. 5:22-cv-00053-RWS-JBB<br><br>JURY TRIAL DEMANDED |

**UNOPPOSED PLAINTIFF'S REQUEST
FOR DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(2), Plaintiff Dexon Computer, Inc. ("Dexon"), respectfully requests that the Court dismiss this action with prejudice. The parties will bear their own costs and attorney's fees. Cisco consents to this request.

The parties respectfully request that the Court retain jurisdiction solely for the purpose of enforcement of the parties' agreement settling this action.

Dated: January 27, 2024

Respectfully submitted,

By: /s/ *David H. Reichenberg w/ permission*
*William E. Davis, III*
William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com
**The Davis Firm PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Phone: (903) 230-9090
Facsimile: (903) 230-9661

David H. Reichenberg (*pro hac vice*)
Matthew F. Bruno (*pro hac vice*)
Matthew K. Hayden (*pro hac vice*)
**Manatt, Phelps, & Phillips LLP**
7 Times Square
New York, NY 10036
dreichenberg@manatt.com
mbruno@manatt.com
tlapsia@manatt.com
Phone: (212) 790-4626

**ATTORNEYS FOR PLAINTIFF
DEXON COMPUTER, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served on January 27, 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ *David H. Reichenberg*
David H. Reichenberg

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel of record, including local counsel, met and conferred regarding this Motion on January 27, 2024, and Defendant is unopposed.

<u>/s/ *David H. Reichenberg*</u>
David H. Reichenberg

**CERTIFICATE OF SERVICE**

      The undersigned certifies that a true and correct copy of the above and foregoing document has been served via the Court's ECF system on January 27, 2024.