**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| DEXON COMPUTER, INC., | § | |
| | § | |
| Plaintiff | § | |
| | § | CASE NO. 5:22-CV-00053-RWS-JBB |
| v. | § | |
| | § | |
| CISCO SYSTEMS, INC., *ET AL.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is Dexon's Motion to Dismiss With Prejudice Pursuant to Settlement. Docket No. 554. In the motion, Dexon requests to dismiss this action with prejudice in view of the parties' settlement agreement under FED. R. CIV. P. 41(a)(2). *Id.* Dexon also requests that the Court retain jurisdiction solely for the purpose of enforcing the parties' settlement agreement. *Id.* Dexon explains that the parties will bear their own costs and attorneys' fees. *Id.* Having considered the motion, and because it is unopposed, the motion to dismiss (Docket No. 554) is **GRANTED**. Accordingly, it is

**ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction solely to enforce the parties' settlement agreement. Each party shall bear its own costs and attorneys' fees. It is further

**ORDERED** that any pending motions are **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close the case.

It is so **ORDERED**.

**So ORDERED and SIGNED this 29th day of January, 2024.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE