IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| DEXON COMPUTER, INC., § § Plaintiff § § v. § § CISCO SYSTEMS, INC., *ET AL.*, § § Defendants. § | CASE NO. 5:22-CV-00053-RWS-JBB |

## ORDER

Before the Court is Dexon's and CDW's Joint Stipulation and Motion to Dismiss With Prejudice. Docket No. 557. In the motion, Dexon and CDW request to dismiss with prejudice all claims asserted against CDW in view of their finalized settlement agreement. *Id.* Dexon and CDW further explain that the parties will bear their own costs, expenses and fees. *Id.* Having considered the motion, and because it is jointly entered, the motion to dismiss (Docket No. 557) is **GRANTED**. Accordingly, it is

**ORDERED** that all claims asserted against CDW are **DISMISSED WITH PREJUDICE** consistent with Dexon's and CDW's finalized settlement agreement and this Court's Order dismissing the above-captioned case (Docket No. 556). Dexon and CDW shall bear their own costs, expenses and fees.

**So ORDERED and SIGNED this 7th day of February, 2024.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE